NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13644
STEPHANIE N. IHLER
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6223
Stephanie.Ihler@usdoj.gov
*Attorneys of the United States of America*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DEVONTE GREEN,<br><br>Defendant. | Case No.: 2:19-cr-00221-GMN-VCF<br><br>PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR DEVONTE GREEN<br>(ID#) 05730386 |

The petition of the United States Attorney for the District of Nevada respectfully shows that **DEVONTE GREEN**, is committed by due process of law in the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, that it is necessary that the said **DEVONTE GREEN** be temporarily released under a Writ of Habeas Corpus Ad Prosequendum so that the said **DEVONTE GREEN** may be present before the United States District Court for the District of Nevada, Las Vegas, Nevada, on December 31, 2019, at the hour of 9:00 a.m., for a Calendar Call and from time to time and day to day thereafter until excused by the said Court.

That the presence of the said **DEVONTE GREEN** before the United States District Court on or about December 31, 2019, at the hour of 9:00 a.m., for a Calendar Call and from

time to time and day to day thereafter until excused by the Court has been ordered by the United States Magistrate or District Judge for the District of Nevada.

WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directed to the Warden, Clark County Detention Center, Las Vegas, Nevada, and to the United States Marshal for the District of Nevada, commanding them to produce the said **DEVONTE GREEN** before the United States District Court on or about December 31, 2019 at the hour of 9:00 a.m., for a Calendar Call and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, to appear before the Court, and when excused by the said Court, to be returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada.

DATED this 18th day of December, 2019.

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

  /s/ *Stephanie N. Ihler*
STEPHANIE N. IHLER
Assistant United States Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DEVONTE GREEN, ) <br> ) <br> Defendant. ) | Case No.: 2:19-cr-00221-GMN-VCF <br><br> ORDER FOR ISSUANCE OF <br> WRIT OF HABEAS CORPUS <br> AD PROSEQUENDUM FOR <br> DEVONTE GREEN <br> (ID#) 05730386 |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **DEVONTE GREEN** before the United States District Court at Las Vegas, Nevada, on or about December 31, 2019, at the hour of 9:00 a.m., for a Calendar Call and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

Dated this 19 day of December 2019.

_____
Gloria M. Navarro, District Judge
United States District Court