Prob12B
D/NV Form
Rev. June 2014

**United States District Court
for
the District of Nevada**

---

**REQUEST FOR MODIFICATION
TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER**
*Probation Form 49 (Waiver of Hearing) is Attached*
**May 2, 2023**

---

Name of Offender: **Devonte Green**

Case Number: **2:19CR00221**

Name of Sentencing Judicial Officer: **Honorable Gloria M. Navarro**

Date of Original Sentence: **December 16, 2020**

Original Offense: **Felon in Possession of a Firearm**

Original Sentence: **15 Months prison, followed by 24 Months TSR.**

Date Supervision to Commence: **June 3, 2023**

Name of Assigned Judicial Officer: **Honorable Gloria M. Navarro**

**PETITIONING THE COURT**

☒ To modify the conditions of supervision as follows:

1. **Residential Reentry Center** – You must reside in a residential reentry center for a term of up to 120 days. You must follow the rules and regulations of the center.

**CAUSE**

On June 3, 2023, Devonte Green is scheduled to commence his 24-month term of supervised release. Currently, Green has no viable release address. To provide him with housing, the above modification is respectfully requested. The placement will allow Green the opportunity to secure employment and his own residence. Green agreed to the proposed modification. The probation form 49 is attached for the Court's review.

Green is required to pay 25% of his gross income toward subsistence. This is required by all residents of the RRC to offset the cost unless such subsistence is reduced or waived by the

RE: Devonte Green

Prob12B
D/NV Form
Rev. June 2014

referring authority. The undersigned officer respectfully requests that Green's subsistence be waived, and Your Honor approve the above listed modification request.

Respectfully submitted,

Digitally signed by Annis C. Seopaul Sones
Date: 2023.05.04 12:57:15 -07'00'

Annis C. Seopaul Sones
United States Probation Officer

Approved:

Digitally signed by Todd Fredlund
Date: 2023.05.02 16:02:20 -07'00'

Todd J. Fredlund
Supervisory United States Probation Officer

# THE COURT ORDERS

☐   No Action.

☐   The extension of supervision as noted above.

☒   The modification of conditions as noted above

☐   Other (please include Judicial Officer instructions below):

---------------------------------------------------------------------------

---------------------------------------------------------------------------

---------------------------------------------------------------------------

Signature of Judicial Officer

May 9, 2023
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

### District of Nevada

### Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**Residential Reentry Center** – You must reside in a residential reentry center for a term of up to 120 days. You must follow the rules and regulations of the center.

Witness _____   Signed _____
U.S. Probation Officer                         Probationer or Supervised Releasee
                                                         (Devonte Green)

3-14-23
Date