RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Ben_Nemec@fd.org

Attorney for Devonte Green

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DEVONTE GREEN,<br><br>    Defendant. | Case No. 2:19-cr-00221-GMN-VCF<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Edward D. Penetar, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Benjamin F. J .Nemec, Assistant Federal Public Defender, counsel for Devonte Green, that the Revocation Hearing currently scheduled on Tuesday, December 17, 2024, be vacated and continued to a date and time convenient to the Court after Wednesday, December 18, 2024.

This Stipulation is entered into for the following reasons:

1. Undersigned counsel will be unavailable for the revocation due to health issues and a family emergency.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

   This is the first request for a continuance of the revocation hearing.

   DATED this 16th day of December, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Benjamin F. J. Nemec*<br>BENJAMIN F. J. NEMEC<br>Assistant Federal Public Defender | By */s/ Edward D Penetar*<br>EDWARD D. PENETAR<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DEVONTE GREEN,<br><br>    Defendant. | Case No. 2:19-cr-00221-GMN-VCF<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, December 17, 2024 at 2:00 p.m., be vacated and continued to December 19, 2024 at the hour of 1:00 p.m.

DATED this 16 day of December, 2024.

_____
UNITED STATES DISTRICT JUDGE