UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Devonte Green,<br><br>　　　　　Defendant. | Case No. 2:19-cr-00221-GMN-VCF<br><br>**Proposed Order** |

　　Good cause appearing, Defendant Devonte Green's unopposed motion to withdraw petition for writ of habeas corpus ad prosequendum is granted.

　　IT IS THEREFORE ORDERED that the petition for writ of habeas corpus ad prosequendum (ECF No. 93) is withdrawn.

Dated: December 22, 2025

_____
UNITED STATES MAGISTRATE JUDGE