RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
DAWN A. PENN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Dawn_Penn@fd.org

Attorney for Devonte Green

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00221-GMN-VCF |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE REVOCATION HEARING** (First Request) |
| DEVONTE GREEN, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Acting Attorney General of the United States, and Jessica Oliva, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Dawn A. Penn, Assistant Federal Public Defender, counsel for Devonte Green, that the Revocation Hearing currently scheduled on April 24, 2026, be vacated and continued to a date and time convenient to the Court, but no sooner than May 7, 2026.

This Stipulation is entered into for the following reasons:

1.      Defense counsel will be out of the district from April 24, 2026, to May 1, 2026.

2.      Upon returning, defense counsel needs to speak with the defendant again regarding the revocation hearing.

3.      The defendant is in custody and agrees with the need for the continuance.

4.    The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 17th day of April, 2026.

RENE L. VALLADARES
Federal Public Defender

TODD BLANCHE
Acting Attorney General of the United States

By */s/ Dawn A. Penn*
DAWN A. PENN
Assistant Federal Public Defender

By */s/ Jessica Oliva*
JESSICA OLIVA
Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00221-GMN-VCF |
| Plaintiff, | **ORDER** |
| v. | |
| DEVONTE GREEN, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for April 24, 2026 at 10:00 a.m., be vacated and continued to _May 7, 2026_____ at the hour of 9:00 a.m.

DATED this _20_ day of April, 2026.

_____
UNITED STATES DISTRICT JUDGE

3